MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendants
JIANG DAVID AND JIANG EDWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHI YANG ZHOU, SUI FUNG YEUNG, TONY Q. CHEN, SHI WEI ZHOU, XUE YUN CHEN, KAREN YEN LAI LO MA,<br><br>Plaintiffs,<br><br>v.<br><br>JIANG DAVID AND JIANG EDWIN DOING BUSINESS AS HARBOR VIEW CHINESE RESTAURANT,<br><br>Defendants. | Case No. C09 06059 JL<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS JIANG DAVID AND JIANG EDWIN; [PROPOSED] ORDER<br><br>[Civil Local Rule 11-5]<br><br>Complaint Filed: December 29, 2009<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants JIANG DAVID and JIANG EDWIN substitute Frankel & Goldware LLP, by Michelle Ferber, Esq. as their attorneys in this matter.

### WITHDRAWING ATTORNEYS

MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
E-mail: mbrewer@littler.com; awaggoner@littler.com

(NO. C09-06059 JL) 1. NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

<u>SUPERSEDING ATTORNEYS</u>

MICHELLE FERBER, Bar No. 149929
FRANKEL & GOLDWARE LLP
Bishop Ranch 1
6111 Bollinger Canyon Road, #475
San Ramon, CA 94583
Telephone: 925.355.9800
Facsimile: 925.355.9801
E-mail: mferber@danvillelaw.com

<u>SUBSTITUTION BASED ON CONSENT</u>

The undersigned consent to the substitution and certify that this substitution will not unduly delay the proceedings in this matter.

Dated: September __, 2010

JIANG DAVID

Dated: September 16, 2010

JIANG EDWIN

Dated: September 16, 2010

Substituting Attorneys:

MICHELLE FERBER  STUART I. GOLDWARE
FRANKEL & GOLDWARE LLP

Dated: September 13, 2010

Withdrawing Attorneys:

/s/ Michael E. Brewer
MICHAEL E. BREWER
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation

(NO. C09 05059 JL)　　2.　　NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

**ORDER**

IT IS SO ORDERED.

Dated: September 20, 2010

*/s/ James Larson*
THE HONORABLE JAMES LARSON
United States Magistrate Judge

Firmwide:97285666.1 065389.1001

(NO. C09 06059 JL)     3.     NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS