Edward Hung (SBN: 221232)
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448
Edward.Hung@sbcglobal.net

Attorneys for Defendants
DAVID JIANG, EDWIN JIANG
and WEIHAI ENTERPRISE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ZHI YANG ZHOU, ET AL., | CASE NO.: C09-6059 JL |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION TO SUBSTITUE WONG AND ASSOCIATES AS COUNSEL FOR DAVID JIANG, EDWIN JIANG, AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT |
| JIANG DAVID, JIANG EDWIN AND WEIHAI ENTERPRISE INC. DOING BUSINESS AS HARBOR VIEW CHINESE RESTAURANT. | |
| Defendants. | |

WHEREAS, DAVID JIANG, EDWIN JIANG, AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT have retained the firm of Wong and Associates to represent them in the above-captioned matter pending before this Court; and

WHEREAS DAVID JIANG, EDWIN JIANG AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT will no longer be represented by FRANKEL & GOLDWARE, LLP;

---
STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR DAVID JIANG, ET AL
CASE No.: C09-6059 JL

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT FRANKEL & GOLDWARE, LLP hereby withdraws as counsel for DAVID JIANG, EDWIN JIANG AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT, and Wong and Associates shall substitute in as new counsel for DAVID JIANG, EDWIN JIANG AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT. All notices henceforth should be sent to EDWARD HUNG of Wong and Associates.

I CONSENT TO THIS SUBSTITUTION.

Dated: 12/4/10

WEIHAI ENTERPRISE INC. dba
HARBOR VIEW CHINESE RESTAURANT
By: David Jiang

Dated: 12/4/10

David Jiang

Dated: 12/4/10

Edwin Jiang

FRANKEL & GOLDWARE, LLP

Dated: 12/6/2010

Michelle R. Ferber, Esq.
Ellen P. Rosenbluth, Esq.

I ACCEPT THIS SUBSTITUTION.

Dated: 12-5-10

WONG AND ASSOCIATES

Edward Hung
Edward.Hung@sbcglobal.net

---

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR DAVID JIANG, ET AL
CASE No.: C09-6059 JL

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby substituted in as counsel for DAVID JIANG, EDWIN JIANG AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT. FRANKEL & GOLDWARE, LLP are no longer counsel for DAVID JIANG, EDWIN JIANG AND WEIHAI ENTERPRISE INC. dba HARBOR VIEW CHINESE RESTAURANT. All notices should henceforth be sent to Mr. Hung and Wong and Associates.

IT IS SO ORDERED.

Dated: February 14, 2011

_____
United States Magistrate Judge