UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHI-YANG ZHOU, et al., ) | |
|          Plaintiff(s),  ) | No. C09-6059 JSC (BZ) |
|     v.                  ) | **ORDER RE OVERDUE PAPERS** |
| JIANG DAVID, et al.,    ) | |
|          Defendant(s).  ) | |

TO:  Plaintiffs and their attorney(s) of record:

On 5/16/2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for 7/26/2011.  Your statement was due 7/19/2011. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, 7/22/2011, plaintiffs and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 21, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\ZHOU LATE PAPERS NOTICE.wpd

1