UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHI-YANG ZHOU, et al., | ) |
| Plaintiff(s), | ) No. C09-6059 JSC (BZ) |
| v. | ) |
| | ) **ORDER TO SHOW CAUSE** |
| JIANG DAVID, et al., | ) |
| Defendant(s). | ) |

On May 16, 2011, the plaintiffs were ordered to file a settlement conference statement no later than seven days prior to the settlement conference schedule for July 26, 2011. Plaintiffs did not comply with the Court's Settlement Conference Order. On July 21, 2011, an Order re Overdue Papers issued. Plaintiffs' statement was not lodged with chambers but placed in the Clerk's Office drop box at 4:49 p.m., on July 22, 2011, so it was not received by chambers until the following Monday. It was also not served on opposing counsel. Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' counsel shall show cause on **August 16, 2011, at 4:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450

1

1  Golden Gate Avenue, San Francisco, California 94102, why
2  sanctions should not be imposed under Federal Rule of Civil
3  Procedure 16(f).  If counsel wishes to avoid the hearing,
4  counsel may contribute **$250.00** to **St. Anthony's Dining Room**,
5  121 Golden Gate Avenue, San Francisco, CA 94102 <u>or</u> **Glide**
6  **Memorial Church Food Program**, 330 Ellis, San Francisco, CA
7  94102.  If proof of payment is received in chambers on or
8  before **August 11, 2011**, the Order To Show Cause will be
9  discharged and there will be no need for a hearing.
10 Dated: July 27, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\ZHOU V. DAVID\ZHOU OSC.wpd