ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiffs

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHI YANG ZHOU, SUI FUNG YEUNG, TONY Q. CHEN, SHI WEI ZHOU, XUE YUN CHEN, KAREN YEN LAI LO MA,<br><br>Plaintiffs,<br><br>vs.<br><br>JIANG DAVID AND JIANG EDWIN DOING BUSINESS AS HARBOR VIEW CHINESE RESTAURANT,<br><br>Defendants | Case No.: 09-6059 JSC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1. This is a wage and hour case in which Plaintiffs allege unpaid overtime under both Fair Labor Standards Act and California Labor Code.

2. The case was originally assigned to Judge Larson who did not set any case management schedule due to his anticipated retirement, except referring parties to a court sponsored mediation and settlement conference with Judge Zimmerman.

3. Parties have participated in the mediation and then a settlement conference before Judge Zimmerman on July 26, 2011.  After a half-day negotiations, Judge Zimmerman continued the Settlement Conference to August 23, 2011 while ordering Defendants to provide certain information on their financial situation to facilitate the settlement negotiations.  See Docket No. 53.

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

4.  Given the continuation of the settlement negotiations being assisted by Judge Zimmerman, parties hereby request that the currently Case Management Conference on August 4 to September 1, 2011, with the Joint Case Management Statement due on August 25, 2011.

Dated: July 28, 2011                              By:  /s/ Adam Wang
                                                         Adam Wang
                                                         Attorney for Plaintiffs

Dated: July 28, 2011                              By:  /s/ Edward Hung
                                                         Edward Hung
                                                         Attorney for Defendants

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to September 1, 2011.  The Joint Case Management Statement is due on August 25, 2011.

IT IS SO ORDERED.

Dated: July _29_, 2011                            By:  _Jacqueline S. Corley_
                                                         Jacqueline Scott Corley
                                                         United States Magistrate Judge

2
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**