UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHI-YANG ZHOU, et al.,           )
                                 )
        Plaintiff(s),            )    No. C09-6059 JSC (BZ)
                                 )
    v.                           )
                                 )    **ORDER RE DEFENDANTS'**
JIANG DAVID, et al.,             )    **OBJECTIONS TO SETTLEMENT**
                                 )    **CONFERENCE QUESTIONS**
        Defendant(s).            )
_____)

   **IT IS HEREBY ORDERED** that plaintiffs shall file a response to defendants' August 3, 2011 objections to the settlement conference questions by **noon** on **Monday, August 15, 2011.**

Dated: August 9, 2011

                                    _____
                                       Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\ZHOU V. DAVID\ZHOU ORDER RE OBJECTIONS.wpd

1