1   ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
2   12 S First Street, Suite 708
San Jose, CA 95113
3   Tel:  408-292-1040
Fax:  408-416-0248
4

5   Attorney for Plaintiffs

6              UNITED STATES FEDERAL COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8                 SAN JOSE DIVISION

| | |
|---|---|
| ZHI YANG ZHOU, SUI FUNG YEUNG, TONY Q. CHEN,  SHI WEI ZHOU, XUE YUN CHEN, KAREN YEN LAI LO MA, | Case No.: 09-6059 JSC |
| Plaintiffs, | **STIPULATION TO CONTINUE  CASE MANAGEMENT CONFERENCE** |
| vs. | |
| JIANG DAVID AND JIANG EDWIN DOING BUSINESS AS HARBOR VIEW CHINESE RESTAURANT, | |
| Defendants | |

      1.     This is a wage and hour case in which six named Plaintiffs allege unpaid overtime under both Fair Labor Standards Act and California Labor Code.

      2.     The case was originally assigned to Judge Larson who did not set any case management schedule due to his anticipated retirement, except referring parties to a court sponsored mediation and settlement conference with Judge Zimmerman.

      3.     Parties have participated in the mediation and then a settlement conference before Judge Zimmerman on July 26, 2011and August 23, 2011.  None of these resulted in a settlement.

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

4.  After unsuccessful settlement conference, counsel for Plaintiffs Adam Wang was informed that a new counsel has been retained for Plaintiffs to substitute in his place.  However, no substitution has been prepared, signed and filed.

5.  As such, parties stipulate to continue the further case management conference currently scheduled for August 31, 2011 for two weeks to allow proper paper works to be completed and field with Court.

Dated:  August 30, 2011                                    By:  /s/ Adam Wang
                                                               Adam Wang
                                                               Attorney for Plaintiffs


Dated:  August 30, 2011                                    By:  /s/ Edward Hung
                                                               Edward Hung
                                                               Attorney for Defendants

_____
[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to September 14, 2011.

IT IS SO ORDERED.

Dated:  August  30  2011                    By:  Jacquline S. Coly
                                                 Jacqueline Scott Corley
                                                 United States Magistrate Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**