IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ZHI YANG ZHOU, et al., | Case No.: C09-6059 JSC |
|---|---|
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME (Dkt. No. 81)** |
| v. | |
| JIANG DAVID, et al., | |
| Defendants. | |

Now pending before the Court is Plaintiffs' motion for an extension of time to depose Edwin Jiang and David Jiang. (Dkt. No. 81.) Plaintiffs' counsel is on trial through March and requests the discovery deadline of April 1, 2012 be extended until April 15, 2012 for these two depositions. Defendants shall provide Plaintiffs with a proposed deposition date during the first two weeks of April for Edwin Jiang and David Jiang. Plaintiffs' counsel shall appear on that date to take the depositions or forego the opportunity. Discovery is only extended in regard to the aforementioned depositions.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE