UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
ZHI YANG ZHOU, et al.,        )
                              )
         Plaintiff(s),        )    No. C09-6059 JSC (BZ)
                              )
    v.                        )
                              )
JIANG DAVID, et al.,          )    ORDER RE OVERDUE PAPERS
                              )
         Defendant(s).        )
_____)
```

TO:  Plaintiff(s) and their attorney(s) of record:

On February 17, 2012, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for April 5, 2012.  Your statement was due March 29, 2012.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not **lodged** by the close of business **tomorrow, April 3, 2012**, Plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: April 2, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2012\ZHOU LATE PAPERS NOTICE.wpd

1